**STATE v DWAYNE LEBLANC, CASE NO. 374-037 "G"**

**SINGLE SHEET DOCKET ENTRY, DATED FEBRUARY 6, 1997**

# EXHIBIT A

CRIMINAL DISTRICT COURT
PARISH OF ORLEANS
HONORABLE JULIAN A. PARKER, JUDGE PRESIDING

NO. 374-037 "G"

STATE OF LOUISIANA

VS

DWAYNE LEBLANC

FEBRUARY 6, 1997                    VIO. R.S. 1CT 14:(27)30
                                    1CT 14:30.1

THE DEFENDANT APPEARED AT THE BAR OF THE COURT ATTENDED BY COUNSEL, JACK DOLAN  THE STATE WAS REPRESENTED BY MELISSIA BUCKHALTER AND MATTHEW COLMAN, ASSISTANT DISTRICT ATTORNEY(S).

BOTH STATE AND THE DEFENSE ANNOUNCE READY FOR TRIAL; THE CONTINUATION OF THE TRIAL BEGAN AT 3:20 P.M.

THE FOLLOWING DEFENSE WITNESSES WERE SWORN, TESTIFIED AND CROSS-EXAMINED:

1. WILLIE MAY

DEFENSE REST.

MATTHEW COLMAN GAVE CLOSING FOR STATE OF LOUISIANA. JACK DOLAN GAVE THE CLOSING FOR DEFENSE. MELISSIA BUCKHALTER GAVE REBUTTAL CLOSING THE STATE.

COURT GAVE CHARGE TO JURY.

AT 4:00 P.M., THE JURY RETIRED TO DELIBERATE.

AT 6:45 P.M., THE JURY RETURNED THE FOLLOWING VERDICT:

COUNT #1 GUILTY AS CHARGED: SECOND DEGREE MIRDER 14:30.1

COUNT #2 GUILTY OF ATTEMPTED SECOND DEGREE MURDER  14:(27)30.1

THE COURT, THEN, REVIEWED THE WRITTEN POLL WITH BOTH SIDES AND RULED THE VERDICT TO BE LEGAL AND ORDERED IT RECORDED.  JURY POLL WAS 10 - 2

THE COURT EXCUSED THE JURY FROM THE CASE. DEFENDANT WAS ORDERED REMANDED.

SENTENCING SET 2/28/97: PLACE THE DEFENDANT ON THE JAIL LIST.

MINUTE CLERK -   DELWIN DAVIS

COURT REPORTER- TAMMY JOSEPH

Ex.

A-4

FILMED