## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DWAYNE LEBLANC**                                   **CIVIL ACTION**

**VERSUS**                                                **NO. 19-9319**

**TIMOTHY HOOPER, WARDEN**                       **SECTION "R" (3)**

## ORDER

CONSIDERING Petitioner's Consent Motion To Stay Proceedings,

IT IS ORDERED that the motion to stay the proceedings is this action is GRANTED

IT IS FURTHER ORDERED that this action shall be administratively closed until Petitioner has completed exhaustion of his state court remedies. Petitioner shall notify the Court within 30 days of the final resolution of his state court action whether this action is to be restored to the active calendar.

New Orleans, Louisiana, this _____ day of July, 2021.

                                                             _____
                                                             Hon. Dana M. Douglas
                                                             United States Magistrate Judge
                                                             Eastern District of Louisiana